■ DEBORAH Voss et al., Appellants, v THE NETHERLANDS INSURANCE COMPANY et al., Defendants. (Appeal No. 1.) [960 NYS2d 677]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered June 8, 2011. The order granted the motion of defendant The Netherlands Insurance Company and the cross motion of defendant D.R. Casey Construction Corp. for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ DEBORAH Voss et al., Appellants, v THE NETHERLANDS INSURANCE COMPANY et al., Respondents, et al., Defendants. (Appeal No. 2.) [960 NYS2d 678]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered September 27, 2011. The order denied plaintiffs' motion for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.